JS-6

STEVEN J. EYRE, CB# 119714
3550 WILSHIRE BOULEVARD, SUITE 1440
LOS ANGELES, CALIFORNIA  90010
(213) 385-6926
Fax (213) 385-3313
stevenjeyre@gmail.com

Attorney for defendants and for counterclaimant
Marco Antonio Flores-Sanchez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HUMBERTO CARRILLO, SERGIO CARRILLO, and JAVIER CARRILLO,<br><br>Plaintiffs,<br><br>-vs.-<br><br>MARCO ANTONIO FLORES-SANCHEZ, JOSE LUIS MAGALLANES doing business as JLM ENTERTAINMENT, VICTOR ALVAREZ, and DOES 1 to 5,<br><br>Defendants. | **No.  CV 13-05118 GW(AGRx)**<br><br>**STIPULATED JUDGMENT AND PERMANENT INJUNCTION** |
| MARCO ANTONIO FLORES-SANCHEZ<br><br>Counterclaimant,<br><br>-vs.-<br><br>HUMBERTO CARRILLO, SERGIO CARRILLO, and JAVIER CARRILLO<br><br>Counter-defendants. | |

-1-
STIPULATED JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs and counter-defendants HUMBERTO CARRILLO, SERGIO CARRILLO, and JAVIER CARRILLO, defendant VICTOR ALVAREZ and defendant and counter-complainant MARCO ANTONIO FLORES-SANCHEZ have stipulated to settlement of this action without adjudication of any issue of fact or law.  The parties have filed a separate stipulation of dismissal herein.

THEREFORE, based upon the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

## **FINDINGS**

1.  This Court has jurisdiction over the claims brought by plaintiffs under 28 U.S.C. §§ 1331 and 1138(a), and under 15 U.S.C. § 1125(a)(1)(A), 15 U.S.C. § 1125(a)(1)(B) and 15 U.S.C. § 1125(c), as well as supplemental state law claims brought under 28 U.S.C. § 1367.  This Court has jurisdiction over the claims of counter-complainant brought under the same federal and state law statutes and common law.  This Court has jurisdiction over the parties.

2.  Venue in the Central District of California, United States District Court ("this federal district"), is proper as to the parties.

3.  The complaint and counterclaim state claims under applicable law for which relief may be granted.

4.  The parties have entered into a Stipulation for Entry of a Stipulated Judgment and Permanent Injunction (hereafter "Stipulation") freely and without coercion.

5.  The parties, and each of them, have acknowledged that they have read the provisions of the Stipulation as well as this Stipulated Judgment and Permanent Injunction (hereafter "Judgment") and will abide by them.

6.  The parties to the Stipulation have waived all rights to appeal or otherwise challenge or contest the validity of this Judgment.

7.  The parties to the Stipulation have waived costs and attorney's fees related to this entire action, including without limitation the Stipulation, Dismissal and Stipulated Judgment and Permanent Injunction.

## **ORDER**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1.  This Court has jurisdiction over the subject matter of this action and the parties hereto.

2.  Judgment is hereby entered in favor of plaintiffs against defendants and each of them as set forth below; all remaining claims against defendants are dismissed pursuant to the separate Dismissal filed by all parties to this action.

3.  Judgment is hereby entered in favor of counter-complainant against counter-defendants and each of them as set forth below; all remaining claims against counter-defendants are dismissed pursuant to the separate Dismissal filed by all parties to this action.

4.  Defendants Marco Antonio Flores-Sanchez, Jose Luis Magallanes doing business as JLM Entertainment and Victor Alvarez, and each of them, along with defendants' respective officers, agents, servants and employees, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby PERMANENTLY ENJOINED AND RESTRAINED using the mark AUTENTICA, or any colorable imitation or derivative form of the mark, in connection with advertising or promoting of musical services or products within the territory of the United States.

5.  Counter-defendants Humberto Carrillo, Sergio Carrillo, And Javier Carrillo, and each of them, along with counter-defendants' respective officers, agents, servants and employees, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby PERMANENTLY ENJOINED AND RESTRAINED using the mark

JEREZ, or any colorable imitation or derivative form of the mark, in connection with advertising or promoting of musical services or products within the territory of the United States.

6. This Court shall have continuing jurisdiction over the Stipulation and the Judgment of Permanent Injunction and over the parties to enforce the terms of the same and to hear motions and applications for contempt or any other related matter.

7. The parties shall be entitled to conduct post-judgment discovery for the purpose of determining compliance and enforcing the terms of this Judgment and Permanent Injunction.

8. The parties waive costs and attorney's related to this action.

IT IS SO ORDERED.

Dated: May 14, 2014

HON. GEORGE H. WU
United States District Judge